# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FID# 181591

FILED

12 MAY -9 AM 11: 39

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.

BY: _____ DEPUTY

### Petition to Recall Previously Issued Bench Warrant

**Name of Offender:** Martinez-Ruiz, Daniel        **Dkt No.:** 87CR0948-003-E

**Reg. No.:** 98493-098

**Name of Sentencing Judicial Officer:** The Honorable Roger Curtis McKee, U.S. Magistrate Judge. (This case has been reassigned to the Honorable William V. Gallo, U.S. Magistrate Judge.)

This action is being requested in light of the Ninth Circuit Court of Appeals decision in *United States v Vargas-Amaya, 389 F. 3d 901 (2004),* invaliding outstanding warrants issued for violation of conditions of probation and supervised release, in cases wherein the terms of supervision have expired.

**U.S. Probation Officer Recommendation:** The undersigned submits this petition in order to request the recall of the warrant as the offender's term of supervised release expired on 1990. It is noted that at no time was the offender in custody in connection with a conviction or in absconder status, which would allow for the tolling of time pursuant to 18 U.S.C. § 3624(e).

Executed On:  May 1, 2012

Supervising United States Probation
Officer/Affiant Signature

Robert J. Walford

Printed Name

**THE COURT ORDERS:**

THE DISCHARGE OF THE ORDER TO SHOW CAUSE, DATED MAY 24, 1988, AND RECALL THE BENCH WARRANT ISSUED ON MAY 24, 1988. IT IS FURTHER ORDERED THAT THIS CASE BE CLOSED (U.S. v. Vargas-Amaya).

_____ Other _____

The Honorable William V. Gallo
U.S. Magistrate Judge

5/3/12
Date